People of the State of Illinois, Defendant in Error, v. Robert J. Raymond, Plaintiff in Error.

Gen. No. 50,134. 

First District, Fourth Division.

March 24, 1965.

George N. Gordon, of Chicago, for plaintiff in error; William G. Clark, Attorney General, of Springfield (Daniel P. Ward, State's Attorney, of Chicago, Fred G. Leach and George W. Kenney, Assistant Attorneys General, Elmer C. Kissane and Richard T. Buck, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by JUSTICE McCORMICK. Not to be published in full.